**IT IS SO ORDERED.**

Dated: 12:21 PM July 09 2010

/s/ Marilyn Shea-Stonum
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1005363
RAH

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# AT AKRON

| | |
|---|---|
| IN RE: | Case No. 10-52603 |
| Edi M Blanton | Chapter 7 |
| | Judge Shea-Stonum |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT 970 BUTTONWOOD LANE, BRUNSWICK, OH 44212** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **11**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 970 Buttonwood Lane Brunswick, OH 44212.

###

SUBMITTED BY:


/s/ Edward J Boll
Edward J Boll, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072982
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Michael E. Blanton - Creditor
3440 W 62nd Street
Cleveland, OH 44102
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Edi M Blanton - Debtor
970 Buttonwood Lane
Brunswick, OH 44212
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Edward J Boll, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Harold A. Corzin - Trustee
304 North Cleveland Massillon Road
Common Wealth Square
Akron, OH 44333
hcorzin@csu-law.com
VIA ELECTRONIC SERVICE

Countrywide Home Loan - Creditor
450 American Street South
Simi Valley, CA 93065
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

L Ray Jones, Esq. - Attorney for Debtor
PO Box 592
215 W Washington St.
Medina, OH 44258
attyrayjones@yahoo.com
VIA ELECTRONIC SERVICE

Medina County Treasurer - Creditor
144 North Broadway
Medina, OH 44256
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE